Supreme Court, Westchester County — HIRAM J. HAYS, Appellant, v. GENNARO TORTORA and RAYMOND TORTORA, Respondents. City Court of the City of Mt. Vernon — GENNARO TORTORA, Plaintiff, v. HIRAM J. HAYS, Defendant.— Order denying plaintiff's motion to consolidate actions affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

THEODORE HMAR, Respondent, v. THE TEXAS COMPANY, Appellant.— Order denying motion for a separate trial of the issue as to whether plaintiff accepted compensation under the provisions of the Longshoremen's and Harbor Workers' Compensation Act reversed on the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. It appears that the trial of the issue, if determined adversely to the plaintiff, will end the litigation and render a trial of the merits unnecessary. Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ., concur.

In the Matter of the Application of LOUIS J. CIFELLI to Determine the Validity, Legality and Sufficiency of a Certain Petition Filed with the Village Clerk of the Village of Mamaroneck on February 16, 1932. In the Matter of the Application of LOUIS J. CIFELLI to Determine the Validity, Legality and Sufficiency of a Certain Petition filed with the Village Clerk of the Village of Mamaroneck on February 17, 1932. LOUIS J. CIFELLI, Respondent; FRED H. RUBIN and Others, Appellants.— Order reversed on the law, without costs, and motion for an order adjudging that the petition filed with the village clerk of the village of Mamaroneck is invalid, illegal and insufficient, denied. We are of opinion that the petition complies in all substantial particulars with section 139-a of the Village Law and is, therefore, valid in requiring a submission of the resolution to a referendum in accordance with the requirements of the statute. Section 139-b of the Village Law contemplates that the proposition for the submission of the referendum be prepared by the village clerk with the advice of the village attorney. Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ., concur.

In the Matter of the Petition of the COUNTY OF SUFFOLK for the Purpose of Acquiring the Lands in the Towns of Babylon, Huntington and Southold, Suffolk County, New York, Required or Necessary for or Incidental to the Construction of the Greenport-Orient Point Highway or Necessary for or Incidental to the Construction of the Southern State Parkway and Northern State Parkway, or Incidental to the Separation of Grades at the Intersection of Said State Parkways and County, Town or Village Roads, Highways or Streets. PINELAWN CEMETERY, Appellant; BOARD OF SUPERVISORS OF SUFFOLK COUNTY, Respondent.— Order of the County Court of Suffolk county granting prayer of petitioner and appointing commissioners of estimate affirmed, with ten dollars costs and disbursements. No opinion. Young, Kapper, Hagarty, Carswell and Tompkins, JJ., concur.